IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

       Plaintiff,

**Case No. 16-CV-80314**

vs.

WHENEVER COMMUNICATIONS, LLC
d/b/a SATELLITEPHONESTORE.COM,

       Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shipping and Transit, LLC and Defendant, Whenever Communication, LLC d/b/a Satellitephonestore.com, hereby voluntarily dismiss this action and all claims asserted therein with prejudice, with each party to bear its own costs and attorneys' fees.  This Notice is being filed before Defendant has served an answer or other response to the Complaint.

Dated:  April 28, 2016

s/Jason P. Dollard[1]
JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiffs

---

[1] I, Jason P. Dollard, Esquire, hereby confirm I have the express permission from Matthew V. Herron, Esq., out of state counsel for Defendant, Whenever Communication, LLC d/b/a Satellitephonestore.com, whom did not file an appearance, to file this Stipulated Dismissal of Claims.

1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via email on the counsel listed below.

Matthew V. Herron, Esq.
Herron Law
350 10th Avenue, Suite 880
San Diego, CA 92101
(619) 233-4122- Telephone
(619) 233-3709- Facsimile
email: mherron@herronlawapc.com
*Attorney for Defendant Whenever Communication, LLC d/b/a Satellitephonestore.com*