**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 16-cv-80314-MIDDLEBROOKS/BRANNON**

SHIPPING AND TRANSIT, LLC,

Plaintiff,

v.

WHENEVER COMMUNICATIONS, LLC,
d/b/a SATELLITEPHONESTORE.COM,

Defendant.
_______________________________________/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Dismissal with Prejudice (DE 11), filed on April 28, 2016. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE** and **DENY** all pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 28 day of April, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record